IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

BARRY LEWIS

    Plaintiff,

v.

ERIC TAYLOR, et al.,

    Defendants.

HON. JEROME B. SIMANDLE

Civil No. 10-2543 (JBS/AMD)

**ORDER**

This matter having come before the Court upon the motion to dismiss of Defendants Aramark, Inc., Aramark Correctional Services, LLC, and Dietician Carey [Docket Item 11]; the Court having considered the submissions of the Defendants in support thereof and Plaintiff having submitted no opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this  15th  day of  October , 2012 hereby

ORDERED that the motion to dismiss is GRANTED; the Court shall dismiss Counts IV and VI from the Complaint, and Defendants Aramark, Inc., Aramark Correctional Services, LLC, and Dietician Carey shall be terminated from the action.

JEROME B. SIMANDLE
Chief U.S. District Judge