```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| BARRY LEWIS, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 10-2543 (JBS/AMD) |
| v. | |
| ERIC TAYLOR, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon the motion for summary judgment by Defendants Warden Eric Taylor, Deputy Warden Christopher Fossler, Deputy Warden Anthony Pizzaro, Camden County Freeholder Rodney Greco, Camden County Freeholders, and Camden County [Docket Item 27]; the Court having considered the submissions of the Defendants in support thereof and Plaintiff having submitted no opposition thereto; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS this **3rd** day of **April**, 2013 hereby

ORDERED that the motion for summary judgment is GRANTED; and it is further

ORDERED that the Clerk of Court close the case on the docket.

  **s/ Jerome B. Simandle**
  JEROME B. SIMANDLE
  Chief U.S. District Judge